UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLYDE R. JOHNSON, | ) | NO. EDCV 08-00278-DDP (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| D. K. SISTO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 8-8-08

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE